# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DAVID ANTOINE LUSTER,**  *Movant,*  v.  **UNITED STATES OF AMERICA,**  *Respondent.* | **CASE NO.** **5:03-cr-00105-TES-CHW-1** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation [Doc. 72] issued by the United States Magistrate Judge on October 29, 2019, is hereby **ADOPTED** and **MADE ORDER OF THE COURT**. 28 U.S.C. § 636(b)(1)(C). The Court considered Movant's Objection [Doc. 73] and finds that it lacks merit. Movant's Motions to Arrest Judgment [Docs. 69, 70] substantively constitute second or successive collateral attacks of his convictions. Since Movant did not seek authorization from the Eleventh Circuit Court of Appeals to file a second or successive motion under 28 U.S.C. § 2255, the Court lacks subject-matter jurisdiction and **DISMISSES** his Motions.

**SO ORDERED**, this 15th day of November, 2019.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**